UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-4544 MWF (AFMx)**                                Dated: **August 2, 2016**

Title:      Chris Langer -v- Margarita Gonzalez, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Defaults By Clerk entered on July 26, 2016, the Court sets a hearing for Order To Show Cause Re Default Judgment for **September 12, 2016 at 11:30 a.m.** If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

IT IS SO ORDERED.

MINUTES FORM 90                                                Initials of Deputy Clerk  rs
CIVIL - GEN

-1-